ORIGINAL

(Rev. 5/05)

FILED

SEP - 6 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _Shelly Cox_     _485686_
   (Name of Plaintiff)     (Inmate Number)

_660 Baylor Blvd. New Castle DC_
   (Complete Address with zip code)   _19720_

(2)_____ _n/A_ _____
   (Name of Plaintiff)     (Inmate Number)

0 5    6 5 2

_____
   (Case Number)
( to be assigned by U.S. District Court)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

vs.

(1) _Pamela Cammock_
(2) _41 Whiton Dr._
(3) _Newark DE 19702_
   (Names of Defendants)

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**I.   PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

                  _n/A_

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?   • •Yes   • •No  *N/A*

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ✓ •Yes   • •No

C. If your answer to "B" is Yes:

1. What steps did you take?  *I wrote defendant letter. Phone calls are unanswered*

2. What was the result?  *items not returned.*

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant:  *Pamela Cammock.*

Employed as _____ at  *Christiana Hospital*

Mailing address with zip code:  *41 Chitson Dr.*
*Newark DE 19702*

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

2.

See attached List of items missing

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of August, 2005.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Ms Cammock stole from my children & I while incarcerated. ~~~~ Nor 04-March 05 She recieved 1680.00 per month for 3 months & did not spend even 10%. on the children. She took out an ad in

2. local Newsletter requesting donations because of her "Burden of the children" When this news reached Family Court children were removed, Ms Cammock set out in her driveway what she

3. claimed was left of out property They were not permited to enter the home to retrial the rest. Pictures, & clothes were set on the front porch. damaged by the rain. My Cafe was also busted apart and my file cabinets empty of all files / documents - tax Returns etc.  ⟶⟶

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want my attached list of items to be, addressed & returned. I want the children and myself compensated and/or replaced all missing or damaged belonging

Ms Cammock took a video of what she pot in her driveway & the children retrieving it. So it can verify what they ~~~~ were and were not provided with

Ms Cammock told the courts (Family) in Nov. 04. that the storage shed with our Furniture, Clothes - etc. ~~was stored~~ in that With the childrens' SS money. she would Continue to pay the monthly fee of $126.00. She emptied the shed instead - put some in her garages and kept or sold the rest. against my children or my wishes,

# Items Missing.

| | |
|---|---|
| 2 gold Thomasville chairs (walnut) | 1300.00 |
| 1 Black/Red Journal says (Leader) | priceless |
| 1 Jean Baby Phat Jacket (Jean) | 85.00 |
| 40-60. Shoes (like New) | 500.00 |
| 1. Wardrobe Box's of clothes & coats | 2000.00 |
| 1 Safe (damaged) | 200.00 |
| Asst. Custom curtain drapes/spreads | 1800.00 |
| tax Returns - Birth Cert - Papers | priceless |
| pictures missing & damaged | priceless |
| Blankets sheets - towels - dishes - silverware etc. | 200.00 |
| Wall paper & Border (16 rolls) | 84.00 |
| 1 Rectangle Glass Iron claws with leather wrap - | 800.00 |
| 1 cell phone | 149.00 |
| misc. jewelry - accessories - decorations | 400.00 |



U.S.M.S
X-RA

This letter was sent by an inmate at the
Delores J. Baylor Women's Correctional Institution.
The prison is not responsible for debts incurred or
the contents of this letter or package.

Clerk. US. District Court.
Lock. Box 18.
844 N. King St.
Wilm. DE 19801

Shelly Cox 485686
660 Baylor Blvd
New Castle. De
19720