IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHELLY COX | : |
| | : |
| v. | : Civil Action No. 05-652 GMS |
| | : |
| PAMELA CAMMOCK | |
| | : |

## **O R D E R**

WHEREAS, on September 6, 2005, a complaint was filed in the above-captioned case;

WHEREAS, on September 26, 2005, the plaintiff's Motion for Leave to Proceed *In Forma Pauperis* was granted;

WHEREAS, on September 26, 2005, the plaintiff was ordered to return the required payment authorization form within 30 days, or her case would be dismissed without prejudice;

WHEREAS, the court's docket reflects that the payment authorization form has not been received by the court;

IT IS HEREBY ORDERED that:

The case be dismissed without prejudice for failure to return the required payment authorization form.


November 3, 2005         /s/ Gregory M. Sleet
                         UNITED STATES DISTRICT JUDGE