Date : 10/05/2005
Time : 13:57

## Account Activity Ledger
From: 04/01/2005 To: 10/05/2005

RECEIVED NOV -8 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 00485686 | Name COX, SHELLY | | | Block 4 | | Previous Balance | | 11.58 |
| Sales Transaction | 04/05/2005 | 11:20 | I#70442 | I | 2.17 | | | 9.41 |
| ZOE.SUB.FNDRSR.4/6 | 04/06/2005 | 15:06 | B#36799 | W | | | -6.00 | 3.41 |
| Sales Transaction | 04/12/2005 | 09:56 | I#70630 | I | 2.74 | | | 0.67 |
| REC.4/11 | 04/12/2005 | 14:52 | B#36857 | D | | 50.00 | | 50.67 |
| REC.4/11 | 04/12/2005 | 14:53 | B#36857 | D | | 20.00 | | 70.67 |
| 20 | 04/12/2005 | 15:33 | B#36859 | D | | 20.00 | | 90.67 |
| REC.4/8 | 04/12/2005 | 15:33 | B#36859 | D | | 0.00 | | 90.67 |
| HP.4/13 | 04/13/2005 | 15:18 | B#36880 | W | | | -5.90 | 84.77 |
| COMM.STORE.4/15 | 04/15/2005 | 15:57 | B#36941 | W | | | -48.78 | 35.99 |
| Sales Transaction | 04/19/2005 | 09:37 | I#70839 | I | 35.50 | | | 0.49 |
| REC.4/25 | 04/26/2005 | 12:12 | B#37074 | D | | 26.00 | | 26.49 |
| COMM.STORE.4/29 | 04/29/2005 | 17:18 | B#37144 | W | | | -10.07 | 16.42 |
| REC.4/29 | 04/29/2005 | 17:37 | B#37147 | D | | 20.00 | | 36.42 |
| Sales Transaction | 05/02/2005 | 09:28 | I#71259 | I | 21.30 | | | 15.12 |
| ZOE.PIZZA.FNDRSR.5/5 | 05/05/2005 | 14:58 | B#37223 | W | | | -9.00 | 6.12 |
| ZOE.ICE.CREAM.FNDRSR | 05/05/2005 | 16:13 | B#37226 | W | | | -5.00 | 1.12 |
| Sales Transaction | 05/10/2005 | 10:00 | I#71460 | I | 0.82 | | | 0.30 |
| REC.5/12 | 05/13/2005 | 14:32 | B#37325 | D | | 20.00 | | 20.30 |
| Sales Transaction | 05/17/2005 | 10:16 | I#71644 | I | 19.92 | | | 0.38 |
| REC.5/15 | 05/17/2005 | 11:58 | B#37350 | D | | 35.00 | | 35.38 |
| HP.5/18 | 05/18/2005 | 14:50 | B#37375 | W | | | -4.50 | 30.88 |
| Sales Transaction | 05/24/2005 | 10:08 | I#71824 | I | 28.20 | | | 2.68 |
| REC.5/26 | 05/26/2005 | 16:39 | B#37487 | D | | 25.00 | | 27.68 |
| Sales Transaction | 05/31/2005 | 12:09 | I#72026 | I | 26.81 | | | 0.87 |
| REC.6/5 | 06/06/2005 | 14:57 | B#37600 | D | | 25.00 | | 25.87 |
| Sales Transaction | 06/07/2005 | 07:28 | I#72217 | I | 24.76 | | | 1.11 |
| REC.6/12 | 06/13/2005 | 09:42 | B#37693 | D | | 25.00 | | 26.11 |
| Sales Transaction | 06/14/2005 | 10:10 | I#72453 | I | 25.52 | | | 0.59 |
| REC.6/17 | 06/21/2005 | 16:26 | B#37837 | D | | 20.00 | | 20.59 |
| REC.6/17 | 06/21/2005 | 16:29 | B#37837 | D | | 25.00 | | 45.59 |
| Sales Transaction | 06/28/2005 | 11:13 | I#72846 | I | 27.52 | | | 18.07 |
| HP.6/30 | 06/30/2005 | 15:37 | B#37959 | W | | | -5.75 | 12.32 |
| Sales Transaction | 07/05/2005 | 10:12 | I#73055 | I | 12.01 | | | 0.31 |
| REC.7/2 | 07/05/2005 | 15:32 | B#38013 | D | | 25.00 | | 25.31 |
| ZOE.SUBS.&ICE.CREAM. | 07/06/2005 | 13:29 | B#38024 | W | | | -13.00 | 12.31 |
| ZOE.ICE.CREAM.7/6 | 07/06/2005 | 15:25 | B#38025 | W | | | -5.00 | 7.31 |
| REC.7/7 | 07/08/2005 | 14:36 | B#38060 | D | | 15.00 | | 22.31 |
| Sales Transaction | 07/12/2005 | 09:24 | I#73244 | I | 12.13 | | | 10.18 |
| Sales Transaction | 07/19/2005 | 09:42 | I#73449 | I | 9.79 | | | 0.39 |
| VR.PROCESSED.7/28 | 07/29/2005 | 13:31 | B#38346 | D | | 25.00 | | 25.39 |
| COMM.STORE.7/29 | 07/29/2005 | 16:24 | B#38352 | W | | | -17.25 | 8.14 |
| PROCESS.V/R.7/30 | 08/01/2005 | 12:57 | B#38376 | D | | 20.00 | | 28.14 |
| Sales Transaction | 08/02/2005 | 08:00 | I#73844 | I | 8.48 | | | 19.66 |
| Sales Transaction | 08/09/2005 | 09:39 | I#74072 | I | 19.20 | | | 0.46 |

## Account Activity Ledger
From: 04/01/2005 To: 10/05/2005

Date : 10/05/2005
Time : 13:57

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 00485686 Name COX, SHELLY | | | | Block 4 | | Previous Balance | | 0.46 |
| PROCESS.REC.VR.8/11 | 08/12/2005 | 14:26 | B#38550 | D | | 30.00 | | 30.46 |
| Sales Transaction | 08/16/2005 | 10:01 | I#74254 | I | 21.75 | | | 8.71 |
| REC 8/20/05 | 08/22/2005 | 12:02 | B#38651 | D | | 25.00 | | 33.71 |
| Sales Transaction | 08/23/2005 | 10:28 | I#74440 | I | 20.97 | | | 12.74 |
| Sales Transaction | 08/26/2005 | 10:47 | I#74618 | I | 12.23 | | | 0.51 |
| rec 8/26/05 | 08/26/2005 | 15:49 | B#38702 | D | | 20.00 | | 20.51 |
| Sales Transaction | 09/06/2005 | 11:22 | I#74817 | I | 20.21 | | | 0.30 |
| PROCESSED.REC.VR.9/1 | 09/13/2005 | 15:14 | B#38927 | D | | 50.00 | | 50.30 |
| PROCESSED.REC.VR.9/1 | 09/16/2005 | 13:16 | B#38989 | D | | 50.00 | | 100.30 |
| Sales Transaction | 09/20/2005 | 09:50 | I#75237 | I | 28.79 | | | 71.51 |
| Sales Transaction | 09/27/2005 | 10:38 | I#75456 | I | 47.36 | | | 24.15 |
| VILLAGE.RECOVERY.WEE | 09/29/2005 | 15:17 | B#39165 | W | | | -5.00 | 19.15 |
| PROCESSED.REC.VR.10/ | 10/03/2005 | 14:39 | B#39215 | D | | 20.00 | | 39.15 |
| Sales Transaction | 10/04/2005 | 09:47 | I#75628 | I | 16.24 | | | 22.91 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 23 | For $ | 591.00 |
| Withdraws | 12 | For $ | -135.25 |
| Invoices | 23 | For $ | 444.42 |