*Shelly Cox*
*vs.*
*Pam Cammock.*

# Memo

**To:**     Shelly Cox– Unit 4 -485686

**From:**   Business Office/Ms. Lake

**Date:**   October 5, 2005

**Re:**     Account Information

---

Ms. Cox,

Your six month report is enclosed.

Thank you



RECEIVED
NOV - 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Civ. Action No. 05-652 GMS*

*My Six months Financial Institution Activity Report*

*For my Filing Fee Order*

*Shelly Cox*

Shelly Cox 485686
660 Baylor Blvd
New Castle, DE
19720

Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801