IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHELLY COX                         :

                                              :

v.                                 : Civil Action No. 05-652 GMS

                                              :

PAMELA CAMMOCK                     :

## ORDER

WHEREAS, on September 6, 2005, a complaint was filed in the above-captioned case;

WHEREAS, on September 26, 2005, the plaintiff's Motion for Leave to Proceed *In Forma Pauperis* was granted;

WHEREAS, on September 26, 2005, the plaintiff was ordered to return the required payment authorization form within 30 days, or her case would be dismissed without prejudice;

WHEREAS, on November 3, 2005, this case was dismissed without prejudice for failure to provide the court with the payment authorization form;

WHEREAS, on November 8, 2005, the court received the plaintiff's required payment authorization form;

IT IS HEREBY ORDERED that:

The case be reopened.

November 10, 2005

_____
UNITED STATES DISTRICT JUDGE

FILED
NOV 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE