IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHELLY COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-652-GMS |
| | ) | |
| PAMELA CAMMOCK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, plaintiff Shelly Cox ("Cox") filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on September 26, 2005, this Court entered an order granting Cox leave to proceed *in forma pauperis* (D.I. 3);

WHEREAS, on November 10, 2005, this Court entered an order requiring Cox to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I. 6);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Cox;

THEREFORE, at Wilmington this 28th day of December, 2005, IT IS HEREBY ORDERED that Cox's complaint is DISMISSED WITHOUT PREJUDICE.

United States District Judge